UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AT&T CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>1st CHOICE MORTGAGE EQUITY CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.<br>3:05-CV-311-H |

## CONSENT JUDGMENT

THIS MATTER COMING before the undersigned by the consent of the parties and it appearing to the Court by the due execution of this Consent Judgment by the parties that the parties consent to the entry of judgment against Defendant and in favor of Plaintiff in the amount of NINETEEN THOUSAND TWO HUNDRED FORTY NINE DOLLARS AND FORTY FOUR CENTS ($19,249.44) with respect to the claims raised by Plaintiff against Defendant in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is hereby entered against 1st Choice Mortgage Equity Corporation and in favor of AT&T Corp. in the amount of NINETEEN THOUSAND TWO HUNDRED FORTY NINE DOLLARS AND FORTY FOUR CENTS ($19,249.44).

This the 27th day of September, 2007.

_Carl Horn, III_
The Honorable Carl Horn, III

8

WE CONSENT:

1st CHOICE MORTGAGE EQUITY CORPORATION

By: _____
Kenneth P. Andresen
NC State Bar No. 9099
Andresen & Associates
2319 Crescent Avenue
Charlotte, NC 28207
Telephone: 704-377-8881
Fax: 704-377-8880
E-mail: ken@charlottelawyer.com
Attorneys for 1st Choice Mortgage Equity Corporation


AT&T CORP.

By: _____
Charles Carpenter, Esq.
NC State Bar No. 10271
905 West Main Street
Suite 21-F, Brightleaf Square
P.O. Box 3600
Durham, North Carolina 27702
Telephone: (919) 682-9691
Fax: (919) 863-0740
Attorneys for Plaintiff AT&T Corp.